IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
_____ DIVISION

FILED
US DISTRICT COURT
WESTERN DISTRICT
OF ARKANSAS
May 7, 2020
OFFICE OF THE CLERK

Steven LeRoy Kissire
(Enter above the full name of the plaintiff in this action.)

Prisoner ID No. 97960
(Do Not Put Your Social Security Number)

V.

Wellpath health care LLC, et al
DR. Thomas Daniels, et al
L.P.N. ABLE, et al
(Enter above the full name of the defendant, or defendants, in this action.)

CASE NO. 20-6050

Jury Trial: Yes \_\_\_\_ No \_\_\_\_
(Check One)

I. Previous Lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ✓   No \_\_\_\_

B. If your answer to A is yes, describe each lawsuit in the space below including the exact plaintiff name or alias used. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this lawsuit

Plaintiffs: Steven L. Kissire V.

Defendants: Arkansas Department of Corrections

2. Court (if federal court, name the district; if state, name the county):

{State}; Arkansas State Claims Commission

3. Docket number: No. 200388

4. Name of judge to whom case was assigned: Henry C. Kinslow, Co-chair

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) DENIED / and DISMISSED

6. Approximate date of filing lawsuit: October 21, 2019

7. Approximate date of disposition: December 30, 2019

(Updated 7/2019)

—1—

II. Place of Present Confinement: Ouachita River Correctional Unit 100 Walco Lane, P.O. Box 1630, Malvern, Arkansas, 72104-0600

III. There is a written prisoner grievance procedure in the Arkansas Department of Correction and in your county jail. **Failure to complete the grievance procedure may affect your case in federal court.**

   A. Did you present the facts relating to your complaint in the state or county written prisoner grievance procedure?

   Yes ✓   No ____

   B. If your answer is YES, Attach copies of the most recent written grievance(s)/response(s) relating to your claims showing completion of the grievance procedure. **FAILURE TO ATTACH THE REQUIRED COPIES MAY RESULT IN THE DISMISSAL OF YOUR COMPLAINT.** If copies are not available, list the number assigned to the grievance(s) and the approximate date it was presented.

   C. If your answer is NO, explain why not: ____

IV. Parties

(In item A below, place your name in the first blank and place your present address in the second blank.)

   A. Your Full Name: Steven LeRoy Kissire, #97960
      Address: Ouachita River Correctional Unit, 100 Walco Lane, P.O. Box 1630, Malvern, Arkansas 72104

(In Item B below, place the full name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.)

Do Not List Witnesses.

You may not name the jail as a Defendant. The jail is a building and cannot be sued.

   B. Read carefully and fill out all information sought.

      **1. Defendant #1.**
      Full Name: Wellpath LLC
      Position: Health Care For Arkansas Correctional Units
      Place of Employment: Ouachita River Correction Unit
      Address: 1283 Murfreeboro Road, Ste 500 Nashville, Tennesee 37217

2. **Defendant #2**

Full Name: T. Daniels - {THOMAS}

Position: DOCTOR 1

Place of Employment: Ouachita River Correction Unit

Address: Post Office Box 1630 Malvern, Arkansas 72104

3. **Defendant #3**

Full Name: L.P.N. MS. Sissy ABLE

Position: NURSE

Place of Employment: Ouachita River Correction Unit

Address: Post Office Box 1630, Malvern, Arkansas 72104

4. **Defendant #4**

Full Name: _____

Position: _____

Place of Employment: _____

Address: _____

If you need more space for additional Defendants, list the additional Defendants on another piece of paper, using the same outline.

V.  At the time of the alleged incident(s), were you:
    (check the appropriate blank)

____ in jail and still awaiting trial on pending criminal charges
✓ serving a sentence as a result of a judgment of conviction
____ in jail for other reasons (e.g., alleged probation violation, etc.)

Explain: Serving a 4-year sentence at Ouachita River Correctional Unit

Please provide the date of your conviction or probation or parole revocation:

2017

VI. Statement of Claim

State every ground on which you claim that one or more of the Defendants violated your federal constitutional rights. For example, if you have an excessive force claim and a denial of medical care claim, you must fill out a separate section for each different claim. This section should be limited to the facts of your claim.

With respect to each claim, briefly describe the actions taken by each Defendant who you believe was involved in violating your rights. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. (Use as much space as you need. Attach extra sheets if necessary.)

<u>Claim Number # 1</u>:

Type of Claim (for example, excessive force, denial of medical care, etc.):
Lack of Correct Medical Care, & Force{

Date of the Occurrence: 08-21-19

Name of Each Defendant involved: Nurse Able, Dr. Daniels.

Describe the acts or omissions of the Defendant(s) that form the basis for Claim #1 and any harm caused by it.
On 08-21-19, Ms. Able intentally jammed a hypoder mic Needle in and out of my Left arm with Force enough to blow-out {2} veins, She jammed the Needle over {6} times and scared, and Left a Bruse over a 4 to 5 inch Curcle, Leaving {2} big Knots Left still on arm.

With regard to Claim #1, are you suing Defendant(s) in his or her: (check the appropriate blank)

____ official capacity only (An official capacity claim is the same as suing the governmental entity this Defendant works for and requires proof that a custom or policy of the governmental entity caused the alleged violation).

____ personal capacity only (A personal capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties).

✓ both official and personal capacity

–4–

<u>If you are asserting an official capacity claim</u>, please describe the custom or policy that you believe caused the violation of your constitutional rights.

Medical care and treatment Infliction of unnecessary suffering on prisoner by Failure to treat his medical needs is inconsistent with contemporary standards of decency and violates the Eighth Amendment, whether the indifference is manifested by prison medical staff, in Response to prisons needs or intentionally interfering.

**Claim Number # 2:**

Type of Claim (for example, excessive force, denial of medical care, etc.):
excessive Force, denial of proper Medical care, Wanton Infliction of unnecessary pain on prisoner.

Date of the Occurrence: 08-21-19

Name of Each Defendant involved: L.P.N. MS. in Claim #1, and DR. Daniels in Claim #2

Describe the acts or omissions of the Defendant(s) that form the basis for Claim #2 and any harm caused by it.

The indifference is the manifestation of the Constant delay of access to the correct medical care, and interfering with the Need of proper medical treatment, which produced Anguish added over and over, which characterized dire pain.

With regard to Claim #2, are you suing Defendant(s) in his or her: (check the appropriate blank)

____ official capacity only (An official capacity claim is the same as suing the governmental entity this Defendant works for and requires proof that a custom or policy of the governmental entity caused the alleged violation).

____ personal capacity only (A personal capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties).

✓ both official and personal capacity

<u>If you are asserting an official capacity claim</u>, please describe the custom or policy that you believe caused the violation of your constitutional rights.

the Constant delay of the proper medical access is in the denying of medical care to prisoner, and the intentionally cause pain, from the Injuries caused the action under the civil Rights U.S.C.A. Constution civil Right Amendmet 8.

**Claim Number # 3:**

Type of Claim (for example, excessive force, denial of medical care, etc.):

_____
_____

Date of the Occurrence: _____

Name of Each Defendant involved: _____

_____
_____
_____

Describe the acts or omissions of Defendant(s) that form the basis for Claim #3 and any harm caused by it.

_____
_____
_____
_____
_____

With respect to Claim #3, are you suing Defendant(s) in his or her: (check the appropriate blank)

____ official capacity only (An official capacity claim is the same as suing the governmental entity this Defendant works for and requires proof that a custom or policy of the governmental entity caused the alleged violation).

____ personal capacity only (A personal capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties).

____ both official and personal capacity

<u>If you are asserting an official capacity claim</u>, please describe the custom or policy that you believe caused the violation of your constitutional rights.

_____

_____

_____

_____

_____

If you need more space for more claims, list the additional claims on another piece of paper, using the same outline.

VII. Relief

If you are seeking to recover damages from the named Defendants, check the appropriate blank or blanks below for the type or types of damages that you are seeking:

✓ Compensatory damages (designed to compensate persons for injuries, such as physical pain and suffering, etc., that are caused by the deprivation of constitutional rights)

✓ Punitive damages (designed to punish a defendant for engaging in misconduct and deter a defendant and others from engaging in such misconduct in the future)

State briefly below any other relief you are seeking in this action. Make no legal arguments. Cite no cases or statutes. If you are requesting money damages, include the amounts of any actual damages and/or punitive damages you are claiming. Explain why you believe you are entitled to recover those damages.

Plaintiff seeks compensatory damages for the injuries, and physical pain and suffering, for the deprivation of constitutional Rights, and also punitive damages, compensatory damages of the sum of $50,000.00 and, for the sum of punitive damages of $15,000.00 for lack of care, prolonged unprofessional Medical Access, and Affecting dire pain.

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed this __04__ day of __23__, 20__20__.

Steven LeRoy Kissire
Printed Name of Plaintiff

Steven LeRoy Kissire
Signature of Plaintiff

-7-

①

## AFFIDAVIT

I, **Steven L. Kissire**, after first being duly sworn, do hereby swear, depose and state that: On 08-21-19 I was called to the Infirmary to have my Blood drawn, as stated by L.P.N. Ms. Able, for every 3 months, to have my blood work done, on my left arm L.P.N Able tried to draw blood, she filled one and half vile, then pulled the needle out, and then started jamming the needle in and out, several times, during this I complained of the pain she was causing with the needle being jammed in and out, she stated then that it was the only size they had, which was the biggest one left in stock. - She then went on jamming the needle from the right to the left side of the inside bend of my left arm. {over 6 times{or}more, the pain got to be unbearable for me, so, I told her to stop, and get someone else to try, L.P.N. Able then tried to go to the Right vain on my left arm, which I've told her was where another L.P.N.'s have used to draw blood from she, then inserted the needle, moved it left to Right, as if trying to find a vain, I then told her that she was off from the vain, and needed to go aim more to the Right, which she did, and started once again to draw blood, she then stated, "I guess you was Right." She then pulled out the needle, and started to go to the left side to jam in the needle, I was seeing that this move wasn't Right, because blood was then coming out of the Right vain that she just left, and I then told her to stop, and try to get another nurse to help. L.P.N. White then came over and went to my Right hand and continued to draw blood, Ms. Able then got up from her seat which made me move as she got up to let her get by, the needle in my hand then fell out, and I told L.P.N White that I had enough, and told her to qvit, the vain on my hand collapsed, - They said they had enough blood, so I went

page ①

SNU Legal use (only)

back to Golf barracks, and I noticed after a few days, the brusing had already, I was then called back to the Infirmary for "Sick-call", and during this time I was seeing L.P.N White about receiving a new Hernia-Support belt, I then showed her my Left arm where L.P.N. MS. Able had tried to draw blood, you could see that the dark brusing was now gone, and Red skin was showing, you could see all of the needle marks where L.P.N. MS. Able had jammed the needle in and out several times, which left a 2 1/2 inch scar on my Left arm, L.P.N. ms. White then called for DR. Daniels to come over to look at the damage done, He then stated, "It is going to be alright, and it will heal up." I then filed a Grievance, which I tried for over 11 days to find a Grievance form, our post at Golf barracks, and both control booths stated they was "out of Grievance forms. - I finally found one from another inmate. - During this time I also shown L.P.N. Godwin my scared inside arm, I then stopped DR. Daniels in the hallway, while he was on his way home to show him the scars. - He just went on his way smiling. - I seen as days went on, the scars were still visible, I then caught the Director of Nursing, {D.O.A.} MS. McCoy in the hallway also while she was leaving to go home, She then looked at the needle scars on my arm, and stated, "you're not going to blame that on my Nurses." By then the Grievance was returned Rejected - Untimely, Because I had ask the date from a staff officer and was given the Wrong date, which I put down, without checking. I then called the Inmate Hot-Line to try to let the state police know what had happen to my arm. I was then called out to talk to Captin Crosby to show him the scars, and to fill out a wittness statement about it all. I then ask, if I could have a photograph taken of my arm, with no avail,

I also had submitted a "sick-call" on the SeCuRus Machine, to try to see a "FRee WoRLD" DoctoR, {oR} to try to see DR. Vowell, with no avail. the Response was "put oFF" FoR {6} six-days, in which the ReTuRN Response FRom the Medical staff INconclusive to the "sick-call" Request. – As for the INmate appeal on the Grievance process, The Final decision was already clearly made because of the Reject of the untimely mistaken made dates, {Plus} the failure of the ARkansas Department of CoRRections seCurity Failing to supply Grievances at the barrack post, and {2} two control centers. Still to this day, anyone can still see the damage done on my arm cause the needle jammed in and out, over and over. – I Feel that the action of L.P.N. Ms. Able was done Intentionality and very Unprofessional. ON 10-03-19, I stopped Deputy Warden Outlaw to also show him my damaged aRm. He stated, "the scars FRom my tattos, what about them"? He laughed it oFF, and walked off. – I have tried time and time again to try to Resolve this issue I'm having with the damage done by the Medical access supplied here and FRom being ingnored by the staFF of ARkansas Department of CoRRections for the correct Medical access they provide.

I further swear that the statements, matters and things contained herein are true and accurate to the best of my knowledge, information and belief.

Oct. 3rd 2019    Steve Kissire
Date             AFFIANT

Subscribed and sworn to before me, a Notary Public, on this __3__ day of __October__, 2019.

Gary Gamble
Notary

My Commission Expires __12 / 01 / 2025__


GARY GAMBLE
No. 12696889
DALLAS COUNTY
Commission Expires 12-01-2025

Page {3}

EXAMPLE 1

**50 YEARS AGO**
**July 12, 1969**

Forty-six indictments charging 15 persons with violating the civil rights of inmates of the Arkansas Penitentiary, Pulaski County Penal Farm, and Mississippi County Penal Farm was returned Friday by the federal Grand Jury for the Eastern District of Arkansas. Thirty-nine of the indictments alleged brutality in the punishment of inmates at Tucker Unit of the Arkansas Penitentiary in the 1964-1966 period. The indictments... charge... punishing inmates, or causing them to be punished, by sending electrical currents through their bodies, whipping with a leather strap, and through the use of such objects as pliers and hypodermic needles.

*Reject - Untimely*

**UNIT LEVEL GRIEVANCE FORM** (Attachment I)

Unit/Center: O.R.C.U.

Name: Steve Kissire

ADC#: 97960    Brks #: G-0/F    Job Assignment: B.U.

RECEIVED SEP 12 2019 Ouachita River Unit Grievance Office

**FOR OFFICE USE ONLY**
GRV. #: OR-19-01006
Date Received: 9/12/19
GRV. Code #: 600

9-19-19 (Date) STEP ONE: Informal Resolution

9-11-19 (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.) If the issue was not resolved during Step One, state why: It's a 1½ inch scar from the provider jamming the needle in and out, left a 1½ inch scar that's Red (still),

_____, (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm: emergency grievances are not for ordinary problems that are not of serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. In an Emergency, state why: _____

Is this Grievance concerning Medical or Mental Health Services? ✓  If yes, circle one: **medical** or mental

**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print): This grievance is about the Nurse calling me down to the infirmary to draw blood for the month of September on 8-21-19 - which the provider, {Ms. Able} inserted the needle into my arm several times {6 times} before I told her to quit, because of the pain she was afflicting on me, another Health care provider then tried to retreve blood from the back of my right hand, which she also allowed the needle to fall out, which caused the vain to "blow-out". - With the action of Ms. Able pushing the needle in and out, has scared the inside of my left elbow, which still looks "Red" since the last Blood draw. - I also shown Dr. Daniels the damage, and he stated "oh, it's healing up", which it isn't. - I also show it to Ms. McCoy, {D.O.N} the damage, done by the needle. I also requested to see Dr. Vail about this issue with no avail, I finaly got the Blood draw date on 9-18-19 about this issue.

Steve Kissire                                    09-19-19  9-19-19
Inmate Signature                                Date

*If you are harmed, threatened because of your use of the grievance process, report it immediately to the Warden or designee.*

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on 9-9-19 (date), and determined to be **Step One** and/or an Emergency Grievance NO (Yes or No). This form was forwarded to medical or mental health? yes (Yes or No). If yes, name of the person in that department receiving this form: M. Allen ??? Date 9/9/19

Sgt King        10L20e        Sgt King                            9-9-19
PRINT STAFF NAME (PROBLEM SOLVER) | ID Number | Staff Signature | Date Received

Describe action taken to resolve complaint, including **dates**: Bruising can sometimes happen when drawing blood. Bruises take time to heal.

_____ 9/11/19    Steve Kissire
Staff Signature & Date Returned    Inmate Signature & Date Received

This form was received on _____ (date), pursuant to **Step Two**. Is it an Emergency? _____ (Yes or No).
Staff Who Received Step Two Grievance: _____ Date: _____
Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____
If forwarded, provide name of person receiving this form: _____ Date: _____

**DISTRIBUTION: YELLOW & PINK** - Inmate Receipts; **BLUE** - Grievance Officer; **ORIGINAL** - Given back to Inmate after Completion of Step One and Step Two.

ADCF-15

IGTT400                                                                Attachment II
3GR

## ACKNOWLEDGMENT OR REJECTION OF UNIT LEVEL GRIEVANCE

TO: Inmate  Kissire, Steven L.            ADC #:  097960D
FROM:  Gray, Jason N                 TITLE:  ADC Inmate Grievance Coord
DATE:  09/12/2019                   GRIEVANCE #:  OR-19-01006

Please be advised, I have received your Grievance dated 09/19/2019 on 09/12/2019 .
Your grievance was rejected as either non-grievable, untimely, duplicative, frivolous, or vexatious.

_____
Signature of ADC Inmate Grievance Coord

### CHECK ONE OF THE FOLLOWING

- ☐ This Grievance will be addressed by the Warden/Center Supervisor or designee.
- ☐ This Grievance is of a medical nature and has been forwarded to the Health Services Administrator who will respond.
- ☐ This Grievance involves a mental health issue and has been forwarded to the Mental Health Supervisor who will respond.
- ☐ This Grievance has been determined to be an emergency situation, as you so indicated.
- ☐ This Grievance has been determined to not be an emergency situation because you would not be subject to a substantial risk of personal injury or other serious irreparable harm. Your Grievance will be processed as a Non-Emergency.
- ☒ This Grievance was REJECTED because it was either non-grievable ( ), untimely, was a duplicate of , or was frivolous or vexatious.

### INMATE'S APPEAL

If you disagree with a rejection, you may appeal this decision within five working days by filling in the information requested below and mailing it to the appropriate Chief Deputy/Deputy/Assistant Director. Keep in mind that you are appealing the decision to reject the original complaint. Address only the rejection; do not list additional issues, which were not a part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

 

 

 

ADC#: 097960     _____
                                              Date

_____
Inmate Signature

MED RECEIVED JAN 17 2020 Ouachita River Unit Grievance Office

## UNIT LEVEL GRIEVANCE FORM (Attachment I)

Unit/Center: O.U.R.U.
Name: Steve Kissire
ADC#: 97960   Brks #: GO/F   Job Assignment: Brk 4

**FOR OFFICE USE ONLY**
GRV. #: OR-20-00057
Date Received: 1/17/20
GRV. Code #: GW

01-12-20 (Date) STEP ONE: Informal Resolution

0-16-20 (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.) If the issue was not resolved during Step One, state why: Because the Medical staff keep on putting this injury off, over and over.—

_____, (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm: emergency grievances are not for ordinary problems that are not of serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. In an Emergency, state why: _____

Is this Grievance concerning Medical or Mental Health Services? yes If yes, circle one: (medical) or mental
**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print): On 01-12-20, I put in a "sick-call" for the 3rd time, on trying to see a Dermatoligist to look at the damage to my skin from getting blood drawn.— The provider had a ultrasound done, but it had nothing to do with the damaged skin, and, the tube of Hydrocortizon she gave me has steriods in it, which will bring my blood sugar up. (I'm a Diabetic). The area around where they tried to draw blood looks awful, swelled-up and very red.— I need another doctors opinion.— Dr. Daniels is avoiding the problem long enough.

Received MAR 03 2020
Deputy Director
Health & Correctional Programs

Inmate Signature: Steve Kissire    Date: 01-13-20

If you are harmed, threatened because of your use of the grievance process, report it immediately to the Warden or designee.

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on _____ (date), and determined to be **Step One** and/or an Emergency Grievance _____ (Yes or No). This form was forwarded to medical or mental health? _____ (Yes or No). If yes, name of the person in that department receiving this form: [signature] Date 1/14/2020

PRINT STAFF NAME (PROBLEM SOLVER): SGT. M.J. Thones   ID Number: 131654   Staff Signature: [signature]   Date Received: 1-13-20

Describe action taken to resolve complaint, including **dates**: If you are experiencing continued problems please utilize the sick call process.

Staff Signature & Date Returned: [signature] 1/16/2020   Inmate Signature & Date Received: Steve Kissire 01/16/20

This form was received on _____ (date), pursuant to **Step Two**. Is it an Emergency? _____ (Yes or No).
Staff Who Received Step Two Grievance: _____   Date: _____
Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____
If forwarded, provide name of person receiving this form: _____, _____ Date: _____

**DISTRIBUTION: YELLOW & PINK** - Inmate Receipts; **BLUE** - Grievance Officer; **ORIGINAL** - Given back to Inmate after Completion of Step One and Step Two.

ADCF-15   www.acicatalog.com

IGTT430  
3GD

Attachment VI

INMATE NAME: Kissire, Steven L.     ADC #: 097960     GRIEVANCE#: OR-20-00057

### CHIEF DEPUTY/DEPUTY/ASSISTANT DIRECTOR'S DECISION

On January 13, 2020, you submitted an Informal Resolution concerning the treatment of your arm. You stated you submitted your third sick call request on January 12, 2020, to see a dermatologist to look at your skin due to damage from a blood draw. You stated the provider had an ultrasound done but it had nothing to do with the damaged skin. You stated you are a diabetic and she gave you a tube of hydrocortisone which would bring your blood sugar up. You stated the area where they tried to draw blood swelled and is red. You stated you need another doctor's opinion and Dr. Daniel has avoided the problem long enough.

The medical department responded, "You had an ultrasound completed on 12/19/2019 that showed no evidence of mass, fluid collection or cyst. No abnormal findings were noted. On 1/23/2020 you were assessed by the site provider and also the medical director who agreed that your current plan of care was appropriate. On 2/7/2020 you were seen by another provider in sick call and they determined that the condition was "mild chronic superficial dermatitis of the left antecubital fossa". Again the provider agreed with your current plan of care. You have been assessed by 3 separate providers and evaluated with an ultrasound. I find this grievance without merit."

In your appeal, you state the situation has not been resolved because you still have swelling and pain.

A review of your electronic Medical Record indicates on December 10, 2019, you submitted a sick call request to see Dr. Daniel for your arm, you were seen for your request that day by the nurse, and referred to the provider for your complaint. On December 20, 2019, you were seen by Dr. Daniel for your request to have him look at the ultrasound of your arm. Dr. Daniel noted the ultrasound results indicated there was no evidence of mass, fluid collection, or cyst. Dr. Daniel noted you were alert and oriented, no apparent distress, afebrile, and your arm had mild pink circle around the antecubital fossa. Dr. Daniel noted you were informed of your ultrasound results and instructed to follow up in sick call as needed. On December 20, 2019, you submitted a sick call request stating you saw Dr. Daniel for the ultrasound results, and you needed to see him about a dermatologist. On December 23, 2019, you were seen for your sick call request by the nurse. The nurse noted you had no signs or symptoms of distress or complaints of pain, and you complained about your arm. The nurse noted your "arm has been addressed and has been explained by provider and nurse" and you were instructed to follow up as needed. On January 12, 2020, you submitted a sick call request stating it was your third request to see a dermatologist for your arm. On January 13, 2020, a nurse responded to your request informing you that you were seen by the provider for your issue, you had an ultrasound of the area, which was normal. The nurse noted per the provider, there was no medical necessity for you to see a dermatologist at that time. As stated by the medical department, you were seen by unit providers on January 23, 2020 and February 7, 2020. On February 10, 2020, a provider noted your arm defect was resolved.

This appeal is without merit.

_____  
Director  *[signed] Rory Griffin*

Date  4/13/20

G/13

IGTT420  
3GH

Attachment IV

INMATE NAME: Kissire, Steven L.     ADC #: 097960D     GRIEVANCE #: OR-20-00057

## HEALTH SERVICES RESPONSE TO UNIT LEVEL GRIEVANCE

(601) Your grievance dated 1/12/2020 has been received and reviewed. In your grievance you state that you have put in multiple sick calls to address a problem with your skin and that you need another doctor's opinion.

You had an ultrasound completed on 12/19/2019 that showed no evidence of mass, fluid collection or cyst. No abnormal findings were noted. On 1/23/2020 you were assessed by the site provider and also the medical director who agreed that your current plan of care was appropriate. On 2/7/2020 you were seen by another provider in sick call and they determined that the condition was "mild chronic superficial dermatitis of the left antecubital fossa". Again the provider agreed with your current plan of care. You have been assessed by 3 separate providers and evaluated with an ultrasound. I find this grievance without merit.

*[Signature]*

Received  
MAR 0 3 2020

Signature of Health Services Administrator/Mental Health Supervisor or Designee

Deputy Director Health & Correctional Programs Crystal Lee McCoy  
Title

02/18/2020  
Date

### INMATE'S APPEAL

If you are not satisfied with this response, you may appeal this decision within five working days by filling in the information requested below and mailing it to the Deputy Director for Health & Correctional Programs along with the Unit Level Grievance Form. Keep in mind that you are appealing the decision to the original grievance. Do not list additional issues which were not part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

WHY DO YOU DISAGREE WITH THE RESPONSE GIVEN ABOVE?

That the Situation has Not been Resolved; because I still have swelling and pain.

_Steven L. Kissire_       ADC#: <u>097960</u>      <u>02/22/20</u>
Inmate Signature                                      Date

Received

MAR 0 3 2020

Deputy Director
Health & Correctional Programs

## Inmate Request Form

This form is to be used by inmates to contact staff with requests on issues they may have. This step should be used before completing an Informal Resolution or Grievance. This is the Ouachita River Correctional Unit In-House Form.

| Name: STEVE KISSIRE | ADC #: 97960 | BKS: GOLF | Date: 01-19-20 |
|---|---|---|---|

Circle the Department you want your request directed to.

| Business Office | Visitation / Inmate Phones | Medical | Property |
| Records | Classification | Mail Room | Law Library |
| Commissary | Chaplain | Field Office | Laundry |
| Mental Health | Mental Health | Parole | Warden's Office |
| **(Deputy Warden's Office)** | Other: _____ | | |

**Staff Directed to:** Deputy WARDEN BALL

**Give detailed reason for request:** I am Requesting you to look into the matter of my arm being damaged on 08-21-19 From Blood being drawn. L.P.N. Able "Jammed" the needle in Repeatly over, and over, and over, and now my arm isn't getting any better. I've request countless Request to get Dr. Daniels to Allow me to see a Dermatoligist with no Avail. {IF} you see my arm Now you would Totally Agree. Please look into this matter at hand. I'm in Pain!!

**Have you talked to any staff about your request?** ___Yes___ No

**If your answer is "yes", who did you talk to about this request and when?** All Medical Staff and {Also} Deputy Warden Outlaw with no Avail. Formal Capt Crosby

| Inmate's Signature: | Date: |
|---|---|
| Staff Responding: | Date: |

**I have reviewd your request and here is my finding:**

_____
_____
_____
_____

I am referring this request to: _____

I am considering this issue: _____ Resolved _____ Not Resolved

{COPY}

X_____
Staff Member's Signature & Date

O.C.
INMATE FILE

# AFFIDAVIT

I, __Steven L. Kissire__, after first being duly sworn, do hereby swear, depose and state that: __Dr. Thomas Daniels has taken photos of my injuries on my left arm, that was done by Ms. Able, while trying to draw blood, the photos on his cell phone does show the massive injury on my arm, caused by the constant jabbing of the needle, which now I have {2} big knots on my arm from Ms. Able's actions.__

I further swear that the statements, matters and things contained herein are true and accurate to the best of my knowledge, information and belief.

__04-25-20__
DATE

__Steve Kissire__
AFFIANT


**STATE OF ARKANSAS**       )
                            ) §
**COUNTY OF** __Dallas__    )


SUBSCRIBED AND SWORN TO BEFORE ME, a Notary Public, on this __30__ day of __April__, 20__20__.

__Gary Gamble__
NOTARY PUBLIC

My Commission Expires: __12-01-2025__

```
GARY GAMBLE
No. 12696889
DALLAS COUNTY
Commission Expires 12-01-2025
```

11/16/2018

**STATE OF ARKANSAS**       )
                            ) ss
**COUNTY OF** _____   )

## AFFIDAVIT

I, _Steven L. Kissire_, after first being duly sworn, do hereby swear, depose and state that _This is timely; Because as of today, I delay asking for Medical care; Because of lack of Concern shown to me, IF, I am injured by Medical staff._

_Steven L. Kissire_                                    _Claimant_
_vs._                              _No. 200388_
_Arkansas Department of Corrections        Respondent_

_Steve Kissire_                    _10-28-19_
Affiant                            Date

On this day, personally appeared before me, _Steven Kissire_, known to me to be the person whose name is subscribed to the within instrument, and acknowledged that he executed the same for the consideration and purposes therein contained.

WITNESS my hand and official seal this _28_ day of _October_, 2019.

GARY GAMBLE
No. 12696889
DALLAS COUNTY
Commission Expires 12-01-2025

_Gary Gamble_
Notary Public

My Commission Expires: _12/01/2025_