IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

STEVEN LEROY KISSIRE                                                                            PLAINTIFF

V.                                            CIVIL NO. 6:20-cv-06050

WELLPATH, LLC, et. al.                                                                      DEFENDANTS

**ORDER**

      The Court has received a Report and Recommendation (ECF No. 20) from United States Magistrate Judge Barry A. Bryant. Plaintiff proceeds in this 42 U.S.C. §1983 action *pro se* and in *forma pauperis*. Upon review, the Magistrate recommended that Plaintiff's complaint be dismissed without prejudice for failure to comply with the Court's Local Rules and Orders and failure to prosecute this case. After receiving an extension of time to file (ECF No. 25), Plaintiff filed an Objection to the Report and Recommendation (ECF No. 26) along with an Affidavit in Support (ECF No. 27). The matter is now ripe for consideration.

      Having conducted a *de novo* review of the portions of the report and recommendation to which Plaintiff has objected, 28 U.S.C. 636(b)(1), this Court finds Plaintiff's Objections offer neither law nor fact requiring departure from the Magistrate's findings. Specifically, Plaintiff has failed to provide the Court with an address or additional identifying information to use in serving Defendant Nurse Sissy Able, and Plaintiff has failed to prosecute this case in accordance with Court Orders.

      //

Accordingly, the report and recommendation (ECF No. 20) is proper, contains no clear error, and should be and hereby is ADOPTED IN ITS ENTIRETY.

IT IS THEREFORE ORDERED that Plaintiff's Complaint should be and hereby is DISMISSED WITHOUT PREJUDICE.

SO ORDERED this 10th day of December 2020.

/s/Robert T. Dawson
ROBERT T. DAWSON
SENIOR U.S. DISTRICT JUDGE